USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/21/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSP RECOVERY CLAIMS, SERIES LLC, MSPA CLAIMS 1, LLC, and MAO-MSO RECOVERY II, LLC, SERIES PMPI, a segregated series of MAO-MSO II LLC,

Plaintiffs,

-against-

WESCO INSURANCE COMPANY, SECURITY NATIONAL INSURANCE COMPANY, AMTRUST INSURANCE COMPANY, FIRST NONPROFIT INSURANCE COMPANY, TECHNOLOGY INSURANCE COMPANY, INC., ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,

Defendants.

21 Civ. 1011 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters at ECF Nos. 68, 73. Accordingly:

1. Defendants' request to file a motion to dismiss is GRANTED;
2. By **July 26, 2021**, Defendants shall file their motion to dismiss;
3. By **August 16, 2021**, Plaintiff shall file its opposition papers; and
4. By **August 30, 2021**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: June 21, 2021
New York, New York

ANALISA TORRES
United States District Judge