```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/29/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSP RECOVERY CLAIMS, SERIES LLC,

           Plaintiff,

-against-

AMTRUST INSURANCE COMPANY,
AMTRUST NORTH AMERICA, INC.,

           Defendants.

21 Civ. 1011 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 28, 2022, the parties filed an amended proposed case management plan. ECF No. 88. The document does not conform to the Court's model Civil Case Management and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-analisa-torres. Accordingly, **by December 5, 2022**, the parties shall file their revised amended proposed case management plan.

    SO ORDERED.

Dated: November 29, 2022
        New York, New York

                                          ANALISA TORRES
                                        United States District Judge