UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSP RECOVERY CLAIMS, SERIES LLC, MSPA CLAIMS 1, LLC, and MAO-MSO RECOVERY II, LLC, SERIES PMPI, a segregated series of MAO-MSO II LLC,

                Plaintiffs,

-against-

WESCO INSURANCE COMPANY, SECURITY NATIONAL INSURANCE COMPANY, AMTRUST INSURANCE COMPANY, FIRST NONPROFIT INSURANCE COMPANY, TECHNOLOGY INSURANCE COMPANY, INC., ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/20/2023
```

21 Civ. 1011 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 21, 2023, the Court stayed this action pending settlement negotiations through November 20, 2023, and ordered the parties to file a status update by November 16, 2023. ECF No. 110. That submission is now overdue. By **November 27, 2023**, the parties shall file a status update as to settlement negotiations and indicate whether any further stay of this action is warranted.

    SO ORDERED.

Dated: November 20, 2023
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge