

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2024

AMERICA • ASIA PACIFIC • EUROPE

May 22, 2024

**By EFC & Email to:**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *MSP Recovery Claims Series, LLC v. AmTrust Insurance Company,* Case No. 1:21-cv-01011-AT

Dear Judge Torres:

The Parties write jointly pursuant to the Court's February 21, 2024 order. (Dkt. 115). The parties continue to work to attempt to facilitate settlement and are attempting to reach agreement on the remaining open issues. As part of this process, the parties continue to engage a third-party contractor to facilitate certain aspects of the potential settlement.

The parties respectfully request that the current stay be extended by five weeks – up to and including June 28, 2024, to continue their settlement discussions.

This stay will not unduly delay the resolution of this litigation, as the Parties will diligently seek to finalize an agreement, or will reenter litigation and expeditiously work to complete discovery.

cc:    All Counsel of Record *(Via CM/ECF)*

GRANTED.

SO ORDERED.

Dated: May 24, 2024
           New York, New York

_____
ANALISA TORRES
United States District Judge