USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/02/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSP RECOVERY CLAIMS, SERIES LLC, MSPA CLAIMS 1, LLC, and MAO-MSO RECOVERY II, LLC, SERIES PMPI, a segregated series of MAO-MSO II LLC,

        Plaintiffs,

-against-

WESCO INSURANCE COMPANY, SECURITY NATIONAL INSURANCE COMPANY, AMTRUST INSURANCE COMPANY, FIRST NONPROFIT INSURANCE COMPANY, TECHNOLOGY INSURANCE COMPANY, INC., ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,

        Defendants.

21 Civ. 1011 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 24, 2024, the Court stayed this action through June 28, 2024, pending the outcome of settlement negotiations. ECF No. 117. By **July 9, 2024**, the parties shall file a status update as to settlement negotiations and move for an extension of the stay should it be warranted.

SO ORDERED.

Dated: July 2, 2024
New York, New York

ANALISA TORRES
United States District Judge