**SIDLEY**

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    07/09/2024
```

AMERICA • ASIA PACIFIC • EUROPE

July 9, 2024

**By EFC & Email to:**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *MSP Recovery Claims Series, LLC v. AmTrust Insurance Company,* Case No. 1:21-cv-01011-AT

Dear Judge Torres:

The Parties write jointly pursuant to the Court's July 2, 2024 order. (Dkt. 118). The parties continue to work to attempt to facilitate settlement and are attempting to reach agreement on the remaining open issues. As part of this process, the parties continue to engage a third-party contractor to facilitate certain aspects of the potential settlement.

The parties respectfully request that the current stay be extended up to and including September 11, 2024, to continue their settlement discussions.

This stay will not unduly delay the resolution of this litigation, as the Parties will diligently seek to finalize an agreement, or will reenter litigation and expeditiously work to complete discovery.

GRANTED. By **September 11, 2024**, the parties shall file a status update.
If the parties have not yet settled, the Court shall refer the parties to the
magistrate judge for settlement.

SO ORDERED.

Dated: July 9, 2024
       New York, New York

_____
**ANALISA TORRES**
**United States District Judge**