

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/12/2024_

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

September 11, 2024

**By EFC & Email to:**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *MSP Recovery Claims Series, LLC v. AmTrust Insurance Company,* Case No. 1:21-cv-01011-AT

Dear Judge Torres:

The Parties write jointly pursuant to the Court's July 2, 2024 order. (Dkt. 118). The parties have continued to work to attempt to facilitate a global settlement, and expect that they can conclude their negotiations within the next 60 days. Accordingly, the parties request that the current stay be extended for an additional 60 days, up to and including November 10, 2024, to finalize their settlement discussions.

This stay will not unduly delay the resolution of this litigation, as the Parties will diligently seek to finalize an agreement, or will reenter litigation and expeditiously work to complete discovery.

cc:   All Counsel of Record *(Via CM/ECF)*

GRANTED.

SO ORDERED.

Dated: September 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.