```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/12/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSP RECOVERY CLAIMS, SERIES LLC,

        Plaintiff,

-against-

AMTRUST INSURANCE COMPANY,
AMTRUST NORTH AMERICA, INC.,

        Defendants.

21 Civ. 1011 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 9, 2024, the Court stayed this action through September 11, 2024, pending the outcome of settlement negotiations. ECF No. 120. On September 12, 2024, the Court extended the stay until November 10, 2024. ECF No. 122. That date has now passed, and the Court has received no further submissions from the parties. Accordingly, by **November 19, 2024**, the parties shall file a status update as to settlement negotiations or otherwise state their intentions with respect to this matter.

    SO ORDERED.

Dated: November 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge