```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2024
```

**SIDLEY**

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

November 15, 2024

**By EFC & Email to:**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *MSP Recovery Claims Series, LLC v. AmTrust Insurance Company,* Case No. 1:21-cv-01011-AT

Dear Judge Torres:

The Parties write jointly pursuant to the Court's November 12, 2024 order. (Dkt. 123). The parties continue to work to attempt to facilitate settlement and are attempting to reach agreement on the remaining open issues. As part of this process, the parties have exchanged multiple draft settlement agreements since their last update, and continue to engage a third party contractor who will also need to agree to any proposed agreement.

The parties respectfully request that the current stay be extended up to and including January 31, 2025, to continue their settlement discussions.

This stay will not unduly delay the resolution of this litigation, as the Parties will diligently seek to finalize an agreement, or will reenter litigation and expeditiously work to complete discovery.

cc:   All Counsel of Record *(Via CM/ECF)*

GRANTED. This action is stayed through January 31, 2025. By that date, the parties shall submit a joint status update. In addition, the parties are directed to participate in a settlement conference before Judge Valerie Figueredo.

SO ORDERED.

Dated: November 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge