**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MSP RECOVERY CLAIMS, SERIES LLC,

                          Plaintiff,                        **21-CV-1011 (AT)**

              -against-                            **ORDER**

AMTRUST INSURANCE COMPANY, et al.,

                        Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, January 21, 2025 at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [957 683 173#].**

        SO ORDERED.

DATED:       New York, New York
                   November 20, 2024

                                                               _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge