

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

May 14, 2025

**BY ECF & EMAIL TO:**
The Honorable Jeanette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:  MSP Recovery Claims, Series LLC v. AmTrust Insurance Company*, **Case No. 1:21-cv-01011-AT**

Dear Judge Vargas:

      The Parties write in accordance with the Court's Order, (ECF No. 135), which requested that the Parties' submit a joint letter regarding the status of settlement negotiations upon the close of the stay. As detailed in the Parties' prior joint submissions, the Parties have dedicated significant efforts toward finalizing a global resolution of this action. As noted in the parties' last update, the parties *have finalized their settlement agreement*. At this juncture, the parties are working to secure all required signatures, including those of a third party.

      The Parties respectfully request that the pre-existing stay be extended up to and including July 15, 2025, to facilitate finalizing the settlement.

Respectfully submitted,

*/s/ Christopher M. Assise*
Christopher M. Assise
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
cassise@sidley.com

cc: All Counsel of Record (*Via CM/ECF*)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

Case 1:21-cv-01011-JAV    Document 136    Filed 05/14/25    Page 2 of 2